UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAWN D. BRAXTON,

    Plaintiff,

v.                                              Case No. 6:18-cv-2209-Orl-37EJK

OVATIONS FOOD SERVICES, L.P.,

    Defendant.
_____

## ORDER

Plaintiff Shawn Braxton sued Defendant Ovations Food Services, L.P., his former employer, for failure to pay overtime and regular wage in violation of the Fair Labor Standards Act ("**FLSA**"). (Docs. 1, 4.) Defendant failed to appear, so Plaintiff successfully obtained an entry of default against it. (Docs. 12, 13.) Now, Plaintiff moves for default judgment. (Docs. 16 ("**Motion**"); 18 (supplement).) On referral, U.S. Magistrate Judge Thomas B. Smith recommended the Court grant the Motion, as supplemented. (Doc. 19 ("**R&R**").) Specifically, Magistrate Judge Smith found that Plaintiff sufficiently demonstrated that Defendant violated the FLSA's overtime provisions, and Plaintiff's regular wage claim amounted to a breach of contract claim for which Plaintiff could recover unpaid wages. (*Id.* at 6–9.) Magistrate Judge Smith also recommends the Court grant Plaintiff's request for attorney's fees and costs. (*Id.* at 9–10.)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo*

*Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 19) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Final Judgment on Damages Against All Defendants (Doc. 16) and Supplemental Motion for Entry of Default Final Judgment and for Attorney's Fees and Costs (Doc. 18) are **GRANTED.**

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Shawn D. Braxton and against Defendant Ovations Food Services, L.P. in the amount of $15,537.00. This constitutes $5,562.00 for unpaid overtime damages, liquidated damages of $5,562.00, breach of contract damages of $123.00, attorney's fees of $3,850.00, and costs of $440.

4. All pending matters are **TERMINATED**. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 26, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record